

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERIBERTO LOPEZ,<br><br>Appellant,<br><br>v.<br><br>THE STATE OF TEXAS,<br><br>Appellee. | §<br>§<br>§<br>§<br>§<br>§ | No. 08-21-00041-CR<br><br>Appeal from the<br><br>112th District Court<br><br>of Reagan County, Texas<br><br>(TC# 01993) |

**J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the appeal should be dismissed. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH OF APRIL, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.